# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| United States of America<br>v.<br>Levy Henry SEALS aka "Rico"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   22-mj-43<br><br>DEA<br>USMS# 09649-003<br>FID# 3880092<br>Warrant# 2203-0330-1184-Z |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Levy Henry SEALS aka "Rico"                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 846 - Conspiracy to possess with intent to distribute

Date:    03/28/2022

**P. Bradley Murray**  Digitally signed by P. Bradley Murray
Date: 2022.03.28 15:59:28 -05'00

*Issuing officer's signature*

City and state:     Mobile, Alabama

P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/29/22 , and the person was arrested on *(date)* 03/30/22<br>at *(city and state)* Mobile, AL .<br><br>Date: 03/31/22 |

*Arresting officer's signature*

William A. Givens
*Printed name and title*