# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Crim. No. 22-MJ-0043** |
| | * | |
| **LEVY HENRY SEALS** | * | |
| *a.k.a.* "Rico" | * | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

   A. ____ Crime of Violence (18 U.S.C. § 3156);

   B. ____ This is an offense for which the maximum sentence is life imprisonment or death;

   C. __X__ This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

   D. ____ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

   E. ____ Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. __X__   There is a serious risk that the above-named defendant will flee;

G. __X__   There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

A. __X__   The defendant's appearance as required; and/or

B. __X__   The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States <u>will</u> <u>not</u> invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because:

A. __X__   There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

B. ____   The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

C. ____   The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

D. ___ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. ___ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

A. ___ At first appearance; or

B. _X_ After a continuance of _3_ days (not to exceed three days).

Dated this 31st day of March, 2022.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by:

*/s/ Kasee S. Heisterhagen*
Kasee S. Heisterhagen
Assistant United States Attorney
Southern District of Alabama
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251.415.7186
Facsimile: 251.441.5044
Email: kasee.heisterhagen@usdoj.gov