# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. 22-MJ-0043 |
| | * | |
| LEVY HENRY SEALS | * | |
| a.k.a. "Rico" | * | |
| | * | |
| **Defendant** | * | |

## WAIVER OF SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. Sections 3161-3174, but I have elected to have that time period extended.

I, LEVY HENRY SEALS, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive the right under the Speedy Trial Act, 18 USC 3161(b), to have an Information or Indictment filed within thirty days of my arrest and agree that an Information or Indictment in this matter can be filed within 90 days of my arrest.

This decision has been made after I, LEVY HENRY SEALS,:

(A) was advised by my attorney of the reasons for seeking a continuance;

(B) became aware that the time requested in the extension may be excluded from my calculation of time under the Speedy Trial Act; and

(C) with full understanding and knowledge, have agreed to the extension of time that has been requested.

I certify under the penalty of perjury that the forgoing is true and correct on this ____ day of April, 2022.

_____
LEVY HENRY SEALS

Approved by:

_____
Joe (Buzz) Jordan
Attorney for Defendant